IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIR HAMILTON,<br><br>        *Petitioner,*<br><br>v.<br><br>SUPERINTENDENT BOHINSKI et al.,<br><br>        *Respondents.* | CIVIL ACTION<br>No. 25-5177 |

## ORDER

**AND NOW**, this 5th day of December, 2025, upon review of the pleadings (Dkt. Nos. 6–7, 9), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Dkt. No. 10) and Petitioner's objections thereto (Dkt. No. 14), it is hereby **ORDERED** that:

1. The objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE** as are the Motion to Send Hamilton His Mugshot, (Dkt. No. 7), and Motion for Leave to Amend His Petition, (Dkt. No. 9).

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this decision. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

5.  The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.